

Shane teix 159773
Po Box 8073
Cranson RI 02920

U.S. District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence RI 02903