Rev. 10/13

United States District Court
District of Rhode Island

RECEIVED
NOV 24 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

Mosley, et al. # 562645
_____
Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

v.

CASE NUMBER: 20-455

Coyne-Fague, et al.
_____
Defendant

I, Anthony Mosley, declare that I am the (check appropriate box)

[✓] Petitioner/Plaintiff/Movant     [ ] other_____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     [✓] Yes     [ ] No     (If "No," go to part 2)

   If "Yes," state the place of your incarceration:

   Are you employed at the institution?     [ ] Yes     [✓] No
   Do you receive any payment from the institution?     [ ] Yes     [✓] No

   If the answer is "Yes," attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past (6) six months' transactions.

2. Are you currently employed?     [ ] Yes     [✓] No

   a) If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer:

   b) If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. Also, explain how you have been supporting yourself:

   NEVER BEEN EMPLOYED

3. Have you received in the past (12) twelve months, or do you anticipate receiving in the future, any money from any of the following sources?

   a) Business, profession or other self-employment ☐ Yes ☑ No
   b) Rent payments, interest or dividends ☐ Yes ☑ No
   c) Pensions, annuities or life insurance payments ☐ Yes ☑ No
   d) Disability or workers compensation payments ☐ Yes ☑ No
   e) Gifts or inheritances ☐ Yes ☑ No
   f) Any other persons or sources ☐ Yes ☑ No

   If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive:

4. List anyone who helps support you or shares support in any way and describe the type and amount of such support for the last twelve months. If no one, write "NO ONE."  NO ONE

5. Do you have **any** cash or checking or savings accounts? ☐ Yes ☑ No

   If "Yes," state the total amount:

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

   If "Yes," describe the property and state its value:

7. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? ☐ Yes ☑ No

   If "Yes," describe and provide the amount of the monthly expense:

8. Do you have any debts or financial obligations? ☐ Yes  ☑ No

   If "Yes," describe the amounts owed and to whom they are payable:

9. Have you transferred any assets within the last 12 months prior to filing this application?

   ☐ Yes  ☑ No

   If "Yes," describe the asset and state its value:

10. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you actually contribute to their support. Please list minor children by initials only.

    A.M - Daughter        I contribute what
    J.M - Daughter        ever I can.

I declare under penalty of perjury that the above information is true and correct.

10-30-2020          Anthony Mosley
Date                Signature of Applicant

**NOTICE TO PRISONER:** A prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

FOR COURT PURPOSES ONLY:

☐ APPROVED          ☐ DENIED

_____          _____
U.S. MAGISTRATE JUDGE                          DATE

RI25920P  
11/16/2020 10:41 AM

# Inmate Account Summary

Transactions from 04/01/2020 to 11/16/2020

## Inmate

| | |
|---|---|
| Name: | MOSLEY, ANTHONY |
| Inmate ID#: | 562645 |
| Inmate ID#: | 562645 |
| DOB: | |
| Status: | Active |
| Admitted: | 11/15/2020 |
| Released: | N/A |

## Funds

| Account | Beginning Balance | Ending Balance |
|---|---|---|
| Encumbered: | $156.76 | $253.76 |
| Held Funds: | $0.00 | $0.00 |
| Trust: | $0.99 | $0.29 |
| Debt: | $0.00 | $0.00 |

## Transactions

| Date/Time | Accounting Event | Description | Account | Amount | Trust | Debt |
|---|---|---|---|---|---|---|
| 10/29/2020 9:50:49 AM | Media Purchase | Media Purchase | Trust | ($5.00) | $254.05 | $0.00 |
| 10/24/2020 11:23:00 AM | Commissary Refund | Refund for Order 102335230 | Trust | $1.95 | $259.05 | $0.00 |
| 10/21/2020 1:10:34 PM | Commissary Purchase | Charge for Order 102335545 | Trust | ($9.90) | $257.10 | $0.00 |
| 10/20/2020 1:15:36 PM | Commissary Purchase | Charge for Order 102335230 | Trust | ($87.85) | $267.00 | $0.00 |
| 10/16/2020 1:43:51 PM | Media Purchase | Media Purchase | Trust | ($10.00) | $354.85 | $0.00 |
| 10/15/2020 8:01:40 AM | Trust to Encumbrance Transfer | Deduct: from 'Trust' into 'Encumbered' | Encumbered | $7.50 | $364.85 | $0.00 |
| 10/15/2020 8:01:40 AM | Trust to Encumbrance Transfer | Deduct: from 'Trust' into 'Encumbered' | Trust | ($7.50) | $357.35 | $0.00 |
| 10/15/2020 8:01:40 AM | Max Payroll | Max Payroll | Trust | $30.00 | $364.85 | $0.00 |
| 10/10/2020 9:37:58 AM | Media Purchase | Media Purchase | Trust | ($10.00) | $334.85 | $0.00 |
| 10/8/2020 9:31:01 AM | Secure Deposit | Receipt: 46850002, Depositor: Claybon Breana J | Trust | $45.00 | $344.85 | $0.00 |

Page 1 of 5

# Inmate Account Summary

Transactions from 04/01/2020 to 11/16/2020

| Date/Time | Type | Description | Account | Amount | Balance | |
|---|---|---|---|---|---|---|
| 9/22/2020 10:16:40 AM | Commissary Purchase | Charge for Order 102326057 | Trust | ($5.93) | $299.85 | $0.00 |
| 9/19/2020 10:17:34 AM | Commissary Refund | Refund for Order 102323633 | Trust | $59.25 | $305.78 | $0.00 |
| 9/15/2020 12:23:32 PM | Commissary Purchase | Charge for Order 102323633 | Trust | ($59.25) | $246.53 | $0.00 |
| 9/15/2020 10:20:43 AM | Commissary Purchase | Charge for Order 102323112 | Trust | ($20.00) | $305.78 | $0.00 |
| 9/15/2020 8:47:23 AM | Trust to Encumbrance Transfer | Deduct: from 'Trust' into 'Encumbered' | Encumbered | $13.00 | $325.78 | $0.00 |
| 9/15/2020 8:47:23 AM | Trust to Encumbrance Transfer | Deduct: from 'Trust' into 'Encumbered' | Trust | ($13.00) | $312.78 | $0.00 |
| 9/15/2020 8:47:22 AM | Max Payroll | Max Payroll | Trust | $52.00 | $325.78 | $0.00 |
| 9/11/2020 3:46:07 PM | Secure Deposit | Receipt: 45134524 , Depositor: Claybon Breana J | Trust | $40.00 | $273.78 | $0.00 |
| 9/9/2020 10:16:56 AM | Media Purchase | Media Purchase | Trust | ($10.00) | $233.78 | $0.00 |
| 9/4/2020 11:09:37 AM | Commissary Refund | Refund for Order 102318891 | Trust | $10.00 | $243.78 | $0.00 |
| 9/3/2020 9:23:41 AM | Commissary Purchase | Charge for Order 102319405 | Trust | ($4.00) | $233.78 | $0.00 |
| 9/1/2020 10:15:06 AM | Commissary Purchase | Charge for Order 102318891 | Trust | ($37.30) | $237.78 | $0.00 |
| 8/31/2020 9:07:15 AM | Media Purchase | Media Purchase | Trust | ($10.00) | $275.08 | $0.00 |
| 8/29/2020 10:41:42 AM | Commissary Refund | Refund for Order 102316661 | Trust | $9.70 | $285.08 | $0.00 |
| 8/26/2020 1:07:33 PM | Cash Admin | BREANNA CLAYBON | Trust | $40.00 | $275.38 | $0.00 |
| 8/25/2020 10:41:41 AM | Commissary Purchase | Charge for Order 102316661 | Trust | ($65.45) | $235.38 | $0.00 |
| 8/18/2020 10:00:49 AM | Commissary Purchase | Charge for Order 102313920 | Trust | ($30.00) | $300.83 | $0.00 |
| 8/17/2020 3:48:08 PM | Cash Admin | DEANESSA PERRY | Trust | $50.00 | $330.83 | $0.00 |
| 8/14/2020 | Trust to Encumbrance | Deduct: from 'Trust' into | Encumbered | $15.50 | $280.83 | $0.00 |

# Inmate Account Summary

Transactions from 04/01/2020 to 11/16/2020

| Date/Time | Type | Description | Category | Amount | Balance | |
|---|---|---|---|---|---|---|
| 10:48:20 AM | Transfer | 'Encumbered' | | | | |
| 8/14/2020 10:48:20 AM | Trust to Encumbrance Transfer | Deduct: from 'Trust' into 'Encumbered' | Trust | ($15.50) | $265.33 | $0.00 |
| 8/14/2020 10:48:20 AM | Max Payroll | Max Payroll | Trust | $62.00 | $280.83 | $0.00 |
| 7/21/2020 10:09:05 AM | Commissary Purchase | Charge for Order 102304613 | Trust | ($29.55) | $218.83 | $0.00 |
| 7/16/2020 7:18:09 AM | Commissary Purchase | Charge for Order 102302347 | Trust | ($15.00) | $248.38 | $0.00 |
| 7/15/2020 8:06:56 AM | Trust to Encumbrance Transfer | Deduct: from 'Trust' into 'Encumbered' | Encumbered | $15.00 | $263.38 | $0.00 |
| 7/15/2020 8:06:56 AM | Trust to Encumbrance Transfer | Deduct: from 'Trust' into 'Encumbered' | Trust | ($15.00) | $248.38 | $0.00 |
| 7/15/2020 8:06:56 AM | Max Payroll | Max Payroll | Trust | $60.00 | $263.38 | $0.00 |
| 6/30/2020 9:41:27 AM | Commissary Purchase | Charge for Order 102297444 | Trust | ($59.48) | $203.38 | $0.00 |
| 6/26/2020 7:12:36 AM | Commissary Purchase | Charge for Order 102295643 | Trust | ($12.00) | $262.86 | $0.00 |
| 6/25/2020 9:22:08 AM | Media Purchase | Media Purchase | Trust | ($10.00) | $274.86 | $0.00 |
| 6/24/2020 9:09:04 AM | Media Purchase | Media Purchase | Trust | ($20.00) | $284.86 | $0.00 |
| 6/23/2020 3:44:33 PM | Cash Admin | DEANESSA ERRY | Trust | $100.00 | $304.86 | $0.00 |
| 6/16/2020 10:04:37 AM | Commissary Purchase | Charge for Order 102292579 | Trust | ($30.29) | $204.86 | $0.00 |
| 6/16/2020 8:42:06 AM | Commissary Purchase | Charge for Order 102292156 | Trust | ($10.00) | $235.15 | $0.00 |
| 6/15/2020 6:03:30 PM | Media Purchase | Media Purchase | Trust | ($5.00) | $245.15 | $0.00 |
| 6/15/2020 8:00:08 AM | Trust to Encumbrance Transfer | Deduct: from 'Trust' into 'Encumbered' | Encumbered | $15.50 | $250.15 | $0.00 |
| 6/15/2020 8:00:08 AM | Trust to Encumbrance Transfer | Deduct: from 'Trust' into 'Encumbered' | Trust | ($15.50) | $234.65 | $0.00 |
| 6/15/2020 8:00:08 AM | Max Payroll | Max Payroll | Trust | $62.00 | $250.15 | $0.00 |

# Inmate Account Summary

Transactions from 04/01/2020 to 11/16/2020

| Date/Time | Type | Description | Category | Amount | Balance |
|---|---|---|---|---|---|
| 5/29/2020 8:26:47 AM | Commissary Purchase | Charge for Order 102286104 | Trust | ($1.00) | $188.15 |
| 5/26/2020 4:31:10 PM | Commissary Purchase | Charge for Order 102285817 | Trust | ($5.00) | $189.15 |
| 5/26/2020 4:14:57 PM | Commissary Purchase | Charge for Order 102285389 | Trust | ($33.11) | $194.15 |
| 5/23/2020 9:30:09 AM | Media Purchase | Media Purchase | Trust | ($10.00) | $227.26 |
| 5/22/2020 3:22:36 PM | Cash Admin | DEANESSA PERRY | Trust | $50.00 | $237.26 |
| 5/19/2020 9:06:18 AM | Commissary Purchase | Charge for Order 102283149 | Trust | ($1.00) | $187.26 |
| 5/18/2020 9:49:16 AM | Commissary Purchase | Charge for Order 102282722 | Trust | ($29.47) | $188.26 |
| 5/17/2020 9:36:44 AM | Media Purchase | Media Purchase | Trust | ($5.00) | $217.73 |
| 5/15/2020 9:25:27 AM | Media Purchase | Media Purchase | Trust | ($10.00) | $222.73 |
| 5/15/2020 8:33:34 AM | Trust to Encumbrance Transfer | Deduct: from 'Trust' into 'Encumbered' | Encumbered | $15.00 | $232.73 |
| 5/15/2020 8:33:34 AM | Trust to Encumbrance Transfer | Deduct: from 'Trust' into 'Encumbered' | Trust | ($15.00) | $217.73 |
| 5/15/2020 8:33:33 AM | Max Payroll | Max Payroll | Trust | $60.00 | $232.73 |
| 5/13/2020 10:53:02 AM | Commissary Purchase | Charge for Order 102280556 | Trust | ($9.00) | $172.73 |
| 5/12/2020 10:41:38 AM | Commissary Purchase | Charge for Order 102280458 | Trust | ($80.97) | $181.73 |
| 5/12/2020 9:38:51 AM | Media Purchase | Media Purchase | Trust | ($10.00) | $262.70 |
| 5/11/2020 12:51:52 PM | Cash Admin | DEANESSA PERRY | Trust | $100.00 | $272.70 |
| 5/5/2020 1:22:08 PM | Commissary Purchase | Charge for Order 102277711 | Trust | ($1.00) | $172.70 |
| 5/3/2020 9:14:17 AM | Media Purchase | Media Purchase | Trust | ($10.00) | $173.70 |
| 4/30/2020 | Media Purchase | Media Purchase | Trust | ($10.00) | $183.70 |

# Inmate Account Summary

Transactions from 04/01/2020 to 11/16/2020

| Date/Time | Type | Description | Account | Amount | Balance |
|---|---|---|---|---|---|
| 9:25:53 AM | | | | | |
| 4/23/2020 9:38:41 AM | Media Purchase | Media Purchase | Trust | ($20.00) | $193.70 | $0.00 |
| 4/22/2020 9:01:27 AM | Commissary Purchase | Charge for Order 102273255 | Trust | ($10.00) | $213.70 | $0.00 |
| 4/21/2020 12:46:20 PM | Commissary Purchase | Charge for Order 102273139 | Trust | ($6.05) | $223.70 | $0.00 |
| 4/20/2020 3:36:41 PM | Cash Admin | BREANA CLAYBON | Trust | $25.00 | $229.75 | $0.00 |
| 4/16/2020 7:16:16 AM | Commissary Purchase | Charge for Order 102270692 | Trust | ($15.00) | $204.75 | $0.00 |
| 4/15/2020 8:08:45 AM | Trust to Encumbrance Transfer | Deduct: from 'Trust' into 'Encumbered' | Encumbered | $15.50 | $219.75 | $0.00 |
| 4/15/2020 8:08:45 AM | Trust to Encumbrance Transfer | Deduct: from 'Trust' into 'Encumbered' | Trust | ($15.50) | $204.25 | $0.00 |
| 4/15/2020 8:08:45 AM | Max Payroll | Max Payroll | Trust | $62.00 | $219.75 | $0.00 |