UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTHONY MOSLEY, et al.,

    Plaintiffs,

v.

PATRICIA COYNE-FAGUE, et al.,

    Defendants.

C. A. No. 20-455-JJM

## ORDER GRANTING PLAINTIFS'

## APPLICATIONS TO PROCEED IN FORMA PAUPERIS

Plaintiffs Anthony Mosley and Shane Feix have submitted Applications to Proceed without Prepayment of Fees and Affidavit. Their Applications are GRANTED.

However, Mr. Mosley and Mr. Feix are still required to pay the statutory filing fee of $350.00 for this action. Pursuant to the Prison Litigation Reform Act, adopted April 25, 1996, and codified at 28 U.S.C. § 1915(b), a prisoner seeking to file in forma pauperis must pay, when funds exist, an initial filing fee of the greater of 20% of the average monthly deposits to his account or the average monthly balance for the six months prior to the filing of his complaint. See 28 U.S.C. § 1915(b)(1). Subsequently, a prisoner must pay monthly 20% of the previous month's balance in his account. See 28 U.S.C. § 1915(b)(2).

Mr. Mosley's monthly deposits averaged $57.52 during the six-month period preceding the filing of the Complaint, as reflected in his Inmate Account Summary. His average balance during the same period was $261.10. Accordingly, Mr. Mosley is required to pay $26.11 (half of the 20% of his average monthly balance) as an initial filing fee.

Mr. Feix's monthly deposits averaged $52.60 during the relevant period. His average balance, as calculated by the authorized officer at the Adult Correctional Institutions ("ACI"), during that time was $483.45. Accordingly, Mr. Feix is required to pay $48.35 (half of the 20% of his average monthly balance) as an initial filing fee.

The ACI shall forward to the Court each month 20% of the previous month's balance in Mr. Mosley's account and Mr. Feix's account each time that amount exceeds $10.00 until they have paid the entire filing fee of $350.00.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
Chief United States District Judge

Date: November 30, 2020